Commonwealth v. Fryberger, Appellant.

Argued June 12, 1973. *Fred T. Cadmus, III,* with him *Cadmus, Good and Patten Associates,* for appellant; *Robert S. Gawthrop, III,* Assistant District Attorney, with him *William H. Lamb,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth v. Graver, Appellant.

Argued June 15, 1973. *Daniel H. Shertzer,* for appellant; no oral argument was made nor brief submitted for Commonwealth, appellee.

Appeal quashed as being from an interlocutory order.

Commonwealth v. Jefferson, Appellant.

Argued June 12, 1973. *Marshall E. Kresman,* for appellant; *Linda West Conley,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.